UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 11-49-DMG (MANx) | Date  March 28, 2011 |
| Title  Monique Bonaparte v. CitiMortgage, Inc., et al. | |

Present: The Honorable  **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS)   ORDER TO SHOW CAUSE RE SANCTIONS

On February 25, 2011, Plaintiff filed a *Motion for Default Judgment against Defendant, Citimortgage, Inc.* [Doc. # 14] noticed for hearing on March 28, 2011 at 9:30 a.m.  No one, including Plaintiff, made an appearance.  On the above date at approximately 10:30 a.m., Plaintiff's counsel, Anthony Graham, left a voice mail message for Valencia R. Vallery, this Court's Courtroom Deputy Clerk, stating that his assistant had been instructed to contact the Clerk to take the above matter off calendar.  The Court received no such contact and no prior notice was received by the Court.

IT IS HEREBY ORDERED that Plaintiff's counsel  show cause in writing no later than **April 11, 2011**, why sanctions should not be imposed for his failure to appear and for his failure to notify the Court in advance of the hearing in order to obviate the need for the Court to expend time and effort preparing a ruling on his motion.

__: